UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHELLI L. BRAUD

VERSUS

GREENLINE FOODS, INC., ET AL

CIVIL ACTION

NO. 09-27-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 22, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the this matter is dismissed for failure to obey the Orders of the Court, in accordance with Rule 16(f) FRCP and for failure to prosecute in accordance with Rule 41, FRCP and ULLR 41.3M.

Baton Rouge, Louisiana, January 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA